UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-62 RM |
| | ) | |
| LAWRENCE MERRITT (04) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 28, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 50], ACCEPTS defendant Lawrence Merritt's plea of guilty, and FINDS the defendant guilty of Count 8 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   September 22, 2009


　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　United States District Court